UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 13-23767 CIV-COOKE/TURNOFF

YVES M. CADOT,

    Plaintiff,

v.

MIAMI-DADE FIRE RESCUE
LOGISTICS DIVISION,

    Defendant.
_____/

## MOTION TO QUASH SERVICE OF PROCESS AND TO DISMISS COMPLAINT

Defendant, Miami-Dade Fire Rescue Department Logistics Division ("MDFR"), pursuant to S. D. Fla. 7.1 and Rules 4(j)(2), 12(b)(6) and 17(b)(3) files this Motion to Quash Service of Process and to Dismiss the Complaint. The Court should quash service of process and dismiss the Complaint for the exact same reason as this Court quashed service and dismissed the Complaint in *Cornwall v. Miami-Dade County,* No. 10-23561-CIV, 2011 WL 3878352 (S.D. Fla. August 31, 2011). In *Cornwall* the complaint was filed against Miami-Dade County's Corrections and Rehabilitation Department and the Complaint was served on the Department's Director. In this case, the Complaint is against another County Department, the Fire Rescue Department and more specifically a division of that Department. As this Court held in *Cornwall,* a County department is not *sui juris* and cannot be sued. Therefore, the Complaint against the Defendant MDFR must be dismissed. In addition, in this case, the Complaint was served on the MDFR Director which is not effective service on Miami-Dade County as this Court held in *Cornwall*. Beyond these fundamental flaws with the Complaint, the Complaint is also subject to

dismissal because it is a classic "shotgun pleading" in that each count in the eight count Complaint reincorporates all preceding paragraphs of the Complaint. Shotgun pleadings—pleadings in which each count incorporates all preceding paragraphs of the complaint, even though many of the facts alleged are irrelevant to the claim purportedly asserted—have been "roundly, repeatedly, and consistently condemn[ed]" by the Eleventh Circuit." *Davis v. Coca-Cola Bottling Co. Consol.*, 516 F.3d 955, 979 (11th Cir. 2008).

Finally, the Plaintiff's request for punitive damages fails because governmental agencies are not subject to punitive damages under Title VII of the Civil Rights Act. 42 U.S.C. §1981 a(b)(1) or the Florida Civil Rights Act, *Fla. Stat*. §760.11(5). Accordingly, this Court should grant MDFR's motion to quash service of process and to dismiss MDFR with prejudice in the same manner and for the same reason as this Court did in *Cornwall*.

WHEREFORE, Defendant MDFR respectfully requests that service of process be quashed and that the Complaint against it be dismissed.

    Respectfully submitted,

    R. A. CUEVAS, JR.
    Miami-Dade County Attorney
    Stephen P. Clark Center
    111 N.W. 1st Street, Suite 2810
    Miami, Florida  33128


By: *s/ Eric A. Rodriguez*
    Eric A. Rodriguez
    Assistant County Attorney
    Florida Bar No. 970875
    Telephone:   (305) 375-1321
    Facsimile:   (305) 375-5634
    E-mail:      ear2@miamidade.gov
    Attorney for Defendant

*Cadot v. Miami-Dade Fire Rescue*
*Case No. 13-23767 Civ-Cooke/Turnoff*

## CERTIFICATE OF SERVICE

  I hereby certify that on December 30, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                s/ *Eric A. Rodriguez*
                Eric A. Rodriguez

## SERVICE LIST
### CASE NO. 13-23767-CIV-COOKE/TURNOFF

| | |
|---|---|
| Yves M. Cadot, *Pro Se* | Eric A. Rodriguez |
| 225 N.W. 129th Street | Assistant County Attorney |
| North Miami, FL  33168 | E-Mail: ear2@miamidade.gov |
| | Miami-Dade County Attorney's Office |
| Plaintiff | Stephen P. Clark Center |
| Service by U.S. Mail | 111 N.W. 1st Street, Suite 2810 |
| | Miami, Florida 33128 |
| | Telephone: (305) 375-5151 |
| | Facsimile: (305) 375-5634 |
| | |
| | Attorney for Defendant |
| | Filing Party/No Service |