UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 13-23767 CIV-COOKE/TURNOFF

YVES M. CADOT,

    Plaintiff,

v.

MIAMI-DADE FIRE RESCUE
LOGISTICS DIVISION,

    Defendant.

_____/

REPLY MEMORANDUM IN SUPPORT OF
MOTION TO QUASH SERVICE OF PROCESS
AND TO DISMISS COMPLAINT

Defendant, Miami-Dade Fire Rescue Department Logistics Division ("MDFR"), pursuant to S. D. Fla. 7.1 and Rules 4(j)(2), 12(b)(6) and 17(b)(3) filed a Motion to Quash Service of Process and to Dismiss the Complaint on December 30, 2013. [DE 9].

In what appears to be a response to the Motion, on January 3, 2014, Plaintiff filed a memorandum with the Court attaching copies of a summons and return of service and other documents [DE 11]. Defendant will treat this filing in DE 11 as Plaintiff's Response to the Motion. Therefore, to the extent Plaintiff's filing in DE 11 purports to respond to the Motion in DE 9, Defendant MDFR files this reply memorandum.

Plaintiff's Response is not a memorandum of law and does not respond to the Motion on the merits. The Motion sought dismissal of the Complaint because it sued MDFR, which is not *sui juris*. Plaintiff's Response does not address this flaw in the Complaint and cites no contrary authority. On that basis alone, the Complaint should be dismissed. Plaintiff's Response also

fails to address the shotgun complaint problems in the Complaint or the unauthorized claim for punitive damages.  *See* authorities cited in DE 9, pp. 1-2.

Plaintiff's Response appears calculated to respond merely to the Motion to Quash portion of MDFR's Motion in DE 9.   In the Motion, MDFR argued that service of process on MDFR was inadequate and it cited this Court's decision in *Cornwall v. Miami-Dade County,* No. 10-23561-CIV, 2011 WL 3878352 (S.D. Fla. August 31, 2011).

The *Cornwall* decision provided that "[o]nce the sufficiency of service is brought into question, the plaintiff has the burden [to prove] proper service of process." *Id*. at WL 3878352, at *2.   MDFR's Motion in DE 9 brought into question the sufficiency of service of process.  Plaintiff's Response fails to meet that burden of proving proper service of process.   Plaintiff's Response merely attaches a summons that states that that defendant is

> Miami-Dade Fire Rescue – Logistics Division
> Eric A. Rodriguez, Assistant County Attorney
> Miami-Dade County, Florida
> Stephen P. Clark Center, Suite 2810
> 111 NW 1st Street
> Miami, Florida 33128

[DE 11, p. 3].   Plaintiff's Response then attaches a return of service indicating in handwriting that Miami-Dade Fire Rescue was served by serving Isabel Machin Board of Commissioners. [DE 11, p. 5].    This purported proof of service is flawed for several reasons.  The return of service does not match the Summons.  The Summons indicated the undersigned as the purported party to whom service would be effectuated and instead of demonstrating service consistent with the Summons, the return of service stated that service was made on Isabel Machin for the Board of Commissioners.  Even if the Summons had matched the return of service, service on Isabel Machin is ineffective because it did not comply with  Florida Statutes §48.111 which the Court

in *Cornwall* held is the law applicable to service on Miami-Dade County. Florida Statutes §48.111 states in pertinent part as follows:

> **48.111. Service on public agencies and officers**
>
> (1) Process against any municipal corporation, agency, board, or commission, department, or subdivision of the state or any county which has a governing board, council, or commission or which is a body corporate shall be served:
>
> (a) On the president, mayor, chair, or other head thereof; and in his or her absence;
>
> (b) On the vice president, vice mayor, or vice chair, or in the absence of all of the above;
>
> (c) On any member of the governing board, council, or commission.

Therefore, service on someone other than the Mayor or the Chair of the Board of County Commissioners is ineffective service under Florida Statutes §48.111. Plaintiff has not demonstrated that the Mayor or the Chair of the County Commission were unable to be served in their either of their respective offices as a result of an absence. Therefore, because neither the Summons was proper nor the service of the Summons was effectuated on the authoritative person under 48.111, Florida Statutes, which is the Mayor or the Chair of the Board of County Commissioners, the service of process set forth in the Plaintiff's Response is ineffective and must be quashed. *See Cornwall*.

WHEREFORE, Defendant MDFR respectfully requests that service of process be quashed and that the Complaint against it be dismissed.

*Cadot v. Miami-Dade Fire Rescue*
*Case No. 13-23767 Civ-Cooke/Turnoff*

Respectfully submitted,

R. A. CUEVAS, JR.
Miami-Dade County Attorney
Stephen P. Clark Center
111 N.W. 1st Street, Suite 2810
Miami, Florida  33128


By: *s/ Eric A. Rodriguez*
     Eric A. Rodriguez
     Assistant County Attorney
     Florida Bar No. 970875
     Telephone:   (305) 375-1321
     Facsimile:   (305) 375-5634
     E-mail:      ear2@miamidade.gov
     Attorney for Defendant

*Cadot v. Miami-Dade Fire Rescue*
*Case No. 13-23767 Civ-Cooke/Turnoff*

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ *Eric A. Rodriguez*
Eric A. Rodriguez

## SERVICE LIST
### CASE NO. 13-23767-CIV-COOKE/TURNOFF

Yves M. Cadot, *Pro Se*
225 N.W. 129th Street
North Miami, FL  33168

Plaintiff
Service by U.S. Mail

Eric A. Rodriguez
Assistant County Attorney
E-Mail: ear2@miamidade.gov
Miami-Dade County Attorney's Office
Stephen P. Clark Center
111 N.W. 1st Street, Suite 2810
Miami, Florida 33128
Telephone: (305) 375-5151
Facsimile: (305) 375-5634

Attorney for Defendant
Filing Party/No Service

OFFICE OF COUNTY ATTORNEY, MIAMI-DADE COUNTY
TELEPHONE (305) 375-5151